E-filing

1  Jamie Cantwell, Esq. (SBN: 251938)
Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3  T: (323) 988-2400 x 268; F: (866) 799-3206
jcantwell@consumerlawcenter.com
4  Attorney for Plaintiff,
GNANAPRAKASH VALACHA
5

**FILED**

SEP 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7

8  **UNITED STATES DISTRICT COURT**

ADR

9  **NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**C10-04208**

EMC

10  GNANAPRAKASH VALACHA,      )  **Case No.:**
                                                  )
11            Plaintiff,                      )  **COMPLAINT AND DEMAND FOR**
                                                  )  **JURY TRIAL**
12        v.                                   )
                                                  )  **(Unlawful Debt Collection Practices)**
13  CO-OPERATIVE ADJUSTMENT    )
BUREAU, INC.,                            )
14                                                )
                                                  )
15            Defendant.                    )
                                                  )

16

17

**VERIFIED COMPLAINT**

18  GNANAPRAKASH VALACHA (Plaintiff), by his attorneys, KROHN & MOSS, LTD.,

19  alleges the following against CO-OPERATIVE ADJUSTMENT BUREAU, INC. (Defendant):

**INTRODUCTION**

20

21  1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

22  *U.S.C. 1692 et seq.* (FDCPA).

23  2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

24  Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

25

- 1 -

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business and is located in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

7. Plaintiff is a natural person residing in Fremont, Alameda County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company with a business office located in Pleasant Hill, Contra Costa County, California.

## FACTUAL ALLEGATIONS

11. The amount of the alleged debt is two hundred ninety-eight dollars and thirty cents ($298.30).

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for the alleged debt.

- 2 -

13. Plaintiff does not owe the debt that Defendant is seeking to collect by continuously contacting him. Plaintiff has informed Defendant on several occasions that the alleged debt has been paid.

14. Plaintiff has submitted proof to Defendant that the alleged debt has been paid. Defendant told Plaintiff that they are not able to accept the proof that Plaintiff submitted. *(See Exhibit A)*

15. Defendant continues to contact Plaintiff despite being informed on several occasions that Plaintiff's alleged debt has been paid.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff does not owe the money Defendant is attempting to collect.

   d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Plaintiff does not owe the money Defendant is attempting to collect.

   e. Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount that is not authorized by the agreement or permitted by law because Plaintiff does not owe the money Defendant is attempting to collect.

- 3 -

1    WHEREFORE, Plaintiff, GNANAPRAKASH VALACHA, respectfully requests

2  judgment be entered against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC., for

3  the following:

4    17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

5    18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

6      *15 U.S.C. 1692k*

7    19. Any other relief that this Honorable Court deems appropriate.

8
9
## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

10   20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

11     the allegations in Count II of Plaintiff's Complaint.

12   21. Defendant violated the RFDCPA based on the following:

13     a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone

14       to ring repeatedly and continuously so as to annoy Plaintiff.

15     b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to

16       Plaintiff with such frequency that was unreasonable and constituted harassment.

17     c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to

18       comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §*

19       *1692 et seq.*

20   WHEREFORE, Plaintiff, GNANAPRAKASH VALACHA, respectfully requests judgment

21   be entered against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC., for the

22   following:

23   22. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal.*

24     *Civ. Code §1788.30(b)*,

25

- 4 -

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

24. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, GNANAPRAKASH VALACHA, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: 8/23/2010

KROHN & MOSS, LTD.

By: _Jamie Cantwell_

Jamie Cantwell
Attorney for Plaintiff

- 5 -

1

2

3

4            **VERIFICATION OF COMPLAINT AND CERTIFICATION**

5    STATE OF CALIFORNIA

6        Plaintiff, GNANAPRAKASH VALACHA, states as follows:

7    1.    I am the Plaintiff in this civil proceeding.
     2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe
8          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
9    3.    I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
10         law.
     4.    I believe that this civil Complaint is not interposed for any improper purpose, such as
11         to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
12         Complaint.
     5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
13   6.    Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
14   7.    Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
15         the attached exhibits may contain some of my own handwritten notations.

16        Pursuant to 28 U.S.C. § 1746(2), I, GNANAPRAKASH VALACHA, hereby declare
     (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.
17

18   DATE: _08/16/2010_                    _V. Ra. Gnanaprakash_
                                            GNANAPRAKASH       VALACHA
19

20

21

22

23

24

25

                                        - 6 -

# EXHIBIT A

*Date: February 12, 2010*      *Wells Fargo PhotoCopy*            *Page 1 of 1*
                                       *Request*

*Reference: 1000037787739;1000037787739;1000037786739*

---

| 60988  11-34 | **OFFICIAL CHECK** | 0009001954 |
| Office AU # 1210(8) | | **Credit Copy** |

Purchaser:      SAMMY K DIKSHIT
Purchaser Account: 3846280267
Operator I.D.:   cs#147888                                        April 19, 2008

PAY TO THE ORDER OF        ***BIRCHWOOD ***
                           ***FOR GNANAPRAKASH V APT 2 1246 HENDERSON AVE ***

***Two hundred ninety-eight dollars and 30 cents***                **$298.30**

**PROCESS SAME DAY AS ISSUED**                            VOID IF OVER US $ 298.30

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET                          06 00090 0450053
SAN FRANCISCO, CA 94183                         04/21/2008      3:37:11PM      **NON-NEGOTIABLE**
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-2172

⑈0009001954⑈ ⑆5182003926486⑈ 5053⑈1⑈

---

**R/T Number**      10700543
**Sequence Number** 3710435721
**Account Number**  4861505311

**Processing Date**  20080421
**Amount**           298.30
**Check Number**     9001954

*Date: December 4, 2009*      *Wells Fargo PhotoCopy*      *Page 1 of 1*
                              *Request*

*Reference: 2000020986549;2000020992549;2000020996549*

---

**Withdrawal / Retiro:**                                          **1249**   WELLS FARGO

(Check One/Marque Uno)  ☑ Checking/Cuenta de Cheques  ☐ Savings/Ahorros  ☐ Money Market Access

Checking, Savings, Money Market Access account number /
Numero de cuenta de Cheques, Ahorros, MMA

\* 3868288287            Date/Fecha    4/m/08

Please print Name / Letra de molde, Nombre
Sambil Dikebill·
Please print Street Address, City, State, Zip Code / Letra de molde: Domicilio, Ciudad, Estado, Codigo Postal
1244 Renderson Ave, Apt A2, Sunnyvale ca
                                     94086

I authorize this withdrawal and acknowledge receipt of the amount indicated below. /
Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence / Favor de firmar en la presencia del cajero
Two forms of ID may be required. / Se podrían requerir dos tipos de identificación.

x  Sprul5

Two ninety eight dollars and thirty cents only  **Dollars**    **$**    298.30

Bank Use Only (When 3VT is not Available)    TLP6230 (4/07)    sw=s 074780ss
| Customer ID | Exp. date | Token Verified (/) ☐ | Approval |

II 1249 II 1:500000694:

---

BIRCHWOOD
For APt #2, 1246. Henderson Ave.
Gnanaprekash Valacha R.

---

**R/T Number**        12410379          **Processing Date**   20080422
**Sequence Number** 3710435722          **Amount**            298.30
**Account Number**  3868288287          **Check Number**      1249

Operations Image Browser: Search Results

## Search Results

|  | User ID / Name: | | | cu015189 | | Date: | 2010-01-09 | |
|---|---|---|---|---|---|---|---|---|
|  | AU: | | | 00090 | | MAC: | A0525-011 | |
| Archive | Paid Date | Serial / PC | Routing | Account | Amount | Sequence # | Item Type | Source ID |
| VIEWPOINTE | 050508 | 9001954/000060 | 10700543 | 4861505311 | $298.30 | 8817338163 | ON-US DEBIT | 00007116 |
| VIEWPOINTE | 050508 | 9001954/000000 | 12100024 | 4861505311 | $298.30 | 8817338163 | COMMENT | 00007116 |
| VIEWPOINTE | 042108 | 9001954/000039 | 10700543 | 4861505311 | $298.30 | 3710435721 | ON-US CREDIT | 00904288 |
| VIEWPOINTE | 042108 | 9001954/000000 | 51820039 | 4861505311 | $298.30 | 3710435721 | COMMENT | 00904288 |

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.