Christopher G. Addy, Esq. (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 268; F: (866) 799-3206
caddy@consumerlawcenter.com
Attorney for Plaintiff,
GNANAPRAKASH VALACHA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GNANAPRAKASH VALACHA, | Case No.: 4:10-cv-04208-CW |
| Plaintiff, | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| CO-OPERATIVE ADJUSTMENT BUREAU, INC., | |
| Defendant. | |

Plaintiff, GNANAPRAKASH VALACHA, and Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, INC., by and through counsel, hereby stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

///

///

///

///

///

///

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

**RESPECTFULLY SUBMITTED:**

DATED: April 13, 2011

| /s/ Christopher G. Addy | /s/ Ralph L. Pollard |
|---|---|
| Christopher G. Addy (256044) | Ralph L. Pollard (95975) |
| Krohn & Moss, Ltd. | 360 Civic Drive, Suite B |
| 10474 Santa Monica Blvd, Suite 401 | Pleasant Hill, CA 94523 |
| Los Angeles, CA 90025 | Telephone: 925-305-2687 |
| phone: (323) 988-2400 ext. 271 | Email: rlpesq@coopadj.com |
| e-mail: caddy@consumerlawcenter.com | |
| Attorney for Plaintiff | Attorney for Defendant |

# PROOF OF SERVICE

I, Christopher G. Addy, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025.  On April 13, 2011, I served the following documents:

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

RALPH L. POLLARD
360 Civic Drive, Suite B
Pleasant Hill, CA 94523

Email: rlpesq@coopadj.com
Attorney for Defendant

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on April 13, 2011, at Los Angeles, California.

By: __/s/ Christopher G. Addy_____
Christopher G. Addy