# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GNANAPRAKASH VALACHA, | ) Case No.: 4:10-cv-04208-CW |
| Plaintiff, | ) ORDER |
| v. | ) |
| CO-OPERATIVE ADJUSTMENT BUREAU, INC., | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: **4/15/2011**

Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE